IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN FRANCISCO CAMPOS SANCHEZ,<br><br>Defendant. | **Case No.:** CR 26–174 AMO<br><br>[~~PROPOSED~~] **ORDER TO CONTINUE STATUS HEARING FROM JUNE 1, 2026 TO JUNE 22, 2026, AND TO EXCLUDE TIME** |

Based on the reasons provided in the stipulation of the parties above, and for good cause shown, the Court hereby ORDERS that the status hearing date of June 1, 2026, is vacated and reset for a status hearing on June 22, 2026, at 2:00p.m.

It is FURTHER ORDERED that the time is excluded, pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), from May 18, 2026 through June 22, 2026.

IT IS SO ORDERED.

Dated:        5/19/2026

_____
HON. ARACELI MARTINEZ-OLGUIN
United States District Judge

[~~PROPOSED~~] ORDER TO CONTINUE AND TO EXCLUDE TIME
*CAMPOS SANCHEZ*, CR 26–174 AMO

1