CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

THOMAS R. GREEN (CABN 203480)
Assistant United States Attorneys

   1301 Clay Street, Suite 340S
   Oakland, CA 94612
   Telephone: (510) 637-3695
   Fax: (510) 637-3724
   E-Mail: Thomas.Green@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  26-cr-00174 AMO |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |
| JUAN FRANCISCO CAMPOS SANCHEZ, | |
| Defendant. | |

A status conference in this matter took place on June 22, 2026.  At the status conference, the Court set this matter for a status conference on August 31, 2026, and requested the government prepare a stipulation and proposed order excluding time under the Speedy Trial Act until that date after the parties agreed that time should be excluded for defense preparation.

The parties agree to an exclusion of time under the Speedy Trial Act, to allow defendant and defense counsel additional time. The government intends to produce additional discovery within the next week. The defense has requested time to review this discovery and conduct its investigation.  Therefore, the parties file this stipulation and proposed order to request that time be excluded time under the Speedy Trial Act until the Status Conference on August 31, 2026.

STIPULATION AND PROPOSED ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT
26-cr-00174 AMO                                                                   1

The parties agree to the exclusion of time under the Speedy Trial Act to allow effective preparation of defense counsel, including to review discovery produced and forthcoming additional discovery to be produced, and for defense counsel to meet with defendant and discuss the evidence in support of the charges in this case.  For these reasons, the parties agree that time is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B)(iv).

The parties agree that the time period of June 22, 2026, to August 31, 2026, inclusive, should be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (7)(B)(iv), because: (i) the ends of justice served by the continuance outweigh the best interest of the public and defendants in a speedy trial; and (ii) failure to grant the continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

IT IS SO STIPULATED.

Dated:  June 22, 2026

CRAIG H. MISSAKIAN
United States Attorney


/s/ *Thomas R. Green*
THOMAS R. GREEN
Assistant United States Attorney


Dated:  June 22, 2026

/s/ *Kaitlyn Fryzek*
KAITLYN FRYZEK
Attorney for Defendant Juan Francisco Campos Sanchez

**ORDER**

This matter is set for a status hearing at 2:00 p.m. on August 31, 2026.

Based on the parties' agreement and the reasons set forth in their stipulation, the Court FINDS that time should be excluded under the Speedy Trial Act for effective preparation of the case by defense counsel pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv). The Court further finds that the ends of justice served by the continuance outweigh the best interest of the public and defendants in a speedy trial; and failure to grant the continuance would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. Based on these findings, IT IS HEREBY ORDERED THAT time is excluded from June 22, 2026 through August 31, 2026, when the parties are scheduled to appear before this Court.

IT SO ORDERED.

_____6/24/2026_____
DATE

HONORABLE ARACELI MARTÍNEZ-OLGUÍN
UNITED STATES DISTRICT JUDGE

STIPULATION AND ~~PROPOSED~~ ORDER TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT
26-cr-00174 AMO                    3